OCTOBER 14, 1957.

No. 36, October Term, 1956. ALLEGHANY CORPORA-
TION ET AL. *v.* BRESWICK & CO. ET AL.; and
No. 82, October Term, 1956. BAKER, WEEKS & Co.
ET AL. *v.* BRESWICK & Co. ET AL., 353 U. S. 151. The
motion of appellees Breswick & Co., Myron Neisloss and
Randolph Phillips to retax costs is denied. *George Brus-
sel, Jr.* for Breswick & Co. et al., and *Randolph Phillips,
pro se,* movants-appellees. *Whitney North Seymour,
David Hartfield, Jr.* and *Edward K. Wheeler* filed a
memorandum in opposition for the Alleghany Corpora-
tion, appellant in No. 36.

No. 32. UNITED STATES EX REL. LEE KUM HOY ET AL.
*v.* SHAUGHNESSY, DISTRICT DIRECTOR, IMMIGRATION AND
NATURALIZATION SERVICE. Certiorari, 352 U. S. 966, to
the United States Court of Appeals for the Second Cir-
cuit. The motion to substitute John L. Murff as the
party respondent in the place and stead of Edward J.
Shaughnessy, retired, is granted. *Edward J. Ennis* for
movants-petitioners.

No. 33. WILSON ET AL. *v.* LOEW'S INCORPORATED ET AL.
Certiorari, 352 U. S. 980, to the District Court of Appeal
of California, Second Appellate District. The motion for
leave to file brief of American Civil Liberties Union, as
*amicus curiae,* is granted. *Edward J. Ennis* for movant.
*Irving M. Walker* for respondents, in opposition.

No. 72. NOWAK *v.* UNITED STATES; and
No. 76. MAISENBERG *v.* UNITED STATES. Certiorari,
353 U. S. 922, to the United States Court of Appeals for
the Sixth Circuit. The motions of petitioners for leave
to proceed *in forma pauperis* are granted. *Ernest Good-
man* for movants-petitioners.